IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

MISCELLANEOUS PROCEEDING TO             MP No. _____
SUBSTITUTE COUNSEL

_____

## OMNIBUS MOTION TO SUBSTITUTE COUNSEL

COME NOW, Leah Freedman, Esq. and Wayne Anthony Holman, Esq. submit this Omnibus Motion to Substitute Counsel, and respectfully represent as follows:

1. Wayne Anthony Holman, Esq., an associate attorney at BWW Law Group, LLC, whose Maryland Federal Bar Number is 21282, is presently counsel of record in various open and pending bankruptcy matters.

2. A list of all relevant open and pending cases is found in the list attached to this Motion.

3. Effective December 23, 2021, counsel Wayne Anthony Holman will no longer be employed by BWW Law Group, LLC. However, an attorney-client relationship continues to exist between BWW Law Group, LLC and its clients in each bankruptcy case, and to prevent an interruption in representation or reduction in service, undersigned counsel respectfully request that Wayne Anthony Holman, Esq. be removed as counsel of record from the cases listed in the attachment, effective December 23, 2021.

4. Leah Freedman, Esq., an attorney at BWW Law Group, LLC, whose Maryland Federal Bar Number is 18950, will replace Wayne Anthony Holman as substitute counsel in all existing matters.

WHEREFORE, Leah Freedman, Esq., BWW Law Group, LLC, and Wayne Anthony Holman, Esq. pray that this Court:

1. Enter an order substituting Leah Freedman, Esq. of BWW Law Group, LLC, for Wayne Anthony Holman Esq., as counsel of record in the attached list of cases; and,

2. Grant such other and further relief as may be just and necessary.


Dated: December 21, 2021                                 Respectfully submitted,


                                                                                    _____
Wayne Anthony Holman, Esq.,
MD Fed. Bar No. 21282
BWW Law Group, LLC.
6003 Executive Blvd Suite 101
Rockville, MD 20852
301-961-6555
301-961-6545(facsimile)
bankruptcy@bww-law.com


_____
Leah Freedman, Esq.,
MD Fed. Bar No. 18950
BWW Law Group, LLC
6003 Executive Blvd Suite 101
Rockville, MD 20852
301-961-6555
301-961-6545(facsimile)
bankruptcy@bww-law.com